# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Clarence and Tammy Frost, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Houzz, Inc.,<br><br>Defendant. | Civil Case No.: 25-cv-2451 (JRT/LIB)<br><br>**ORDER** |

On July 2, 2025, the parties filed a Consent Motion to Extend Time for Defendant to Respond to Complaint" filed by Plaintiff [Docket No. 5]. The Defendant has asked Plaintiff for an extension to investigate the claims in the Complaint and to have meaningful discussions between the parties regarding the claims before the response due date. Based upon review of the files and for good cause, and **IT IS HERBY ORDERED** that:

1. The parties' Consent Motion to Extend Time for Defendant to Respond to Complaint filed by Plaintiff [Docket No. 5] is **GRANTED**; and

2. The Defendant Houzz, Inc. shall have until August 6, 2025, to answer or otherwise respond to the Complaint.

DATED: July 7, 2025

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE