# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Clarence and Tammy Frost, individually and on behalf of all others similarly situated, | Case No. 25-cv-2451 (JRT/LIB) |
| Plaintiffs, | |
| v. | **ORDER** |
| Houzz, Inc., | |
| Defendant. | |

On August 6, 2025, the parties filed a Consent Motion to Extend Time for Defendant to Respond to Complaint [Docket No. 8]. The parties request that the deadline be extended to September 5, 2025, while the parties discuss possible resolution of the claims in this matter. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' Consent Motion to Extend Time for Defendant to Respond to Complaint [Docket No. 8] is **APPROVED**; and

2. The Defendant shall have until September 5, 2025, to answer or otherwise respond to Plaintiffs' Complaint.

DATED: August 7, 2025
                                                                               s/Leo I. Brisbois
                                                                              Hon. Leo I. Brisbois
                                                                              U.S. MAGISTRATE JUDGE